UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL TULLY, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RUSH COUNTY PROSECUTOR PAUL )<br>BARADA, in his individual capacity, and )<br>RUSH COUNTY JUVENILE PROBATION )<br>OFFICER CATHERINE CUSTER, in her )<br>individual capacity, )<br>    Defendants. ) | 1:08-cv-1243-LJM-DML |

### ENTRY OF JUDGMENT

Through an order dated August 7, 2009, the Court granted the Motions to Dismiss of defendants, Rush County Prosecutor Paul Barada, in his individual capacity, and Rush County Juvenile Probation Officer Catherine Custer, in her individual capacity, as to all of plaintiff, Michael Tully's, claims. Plaintiff shall take nothing by way of his complaint.

DATED this 7th day of August, 2009.

                                                      LARRY J. McKINNEY, JUDGE
                                                    United States District Court
                                                    Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
     Deputy Clerk, U. S. District Court

Distribution attached.

Distribution to:

David A. Arthur
INDIANA OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Corinne T.W. Gilchrist
OFFICE OF THE ATTORNEY GENERAL
corinne.gilchrist@atg.in.gov

Kirk A. Horn
MANDEL POLLACK & HORN
khorn@mplaw.net

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@gmail.com